E-FILED
Wednesday, 16 June, 2010  03:59:37 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-30077 |
| | ) | |
| ARI DAMON ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>OPINION</u>

JEANNE E. SCOTT, U.S. District Judge:

The Court has received a letter from Defendant Allen.  Defendant Allen requests a copy of a document showing that the Court sustained his objection to one of his criminal history points in his Presentence Investigation Report (PSR).  Defendant is correct that the Court sustained his objection to one of his criminal history points.  <u>Minute Entry entered December 14, 2009</u>; <u>Statement of Reasons for Imposing Sentence, (d/e 45) (Statement of Reasons), Addendum, Objection No. 2 to ¶ 43 of the PSR</u>.

THEREFORE, the Clerk is directed to file the letter and send copies to counsel of record.  The Clerk is directed to send a copy of this Opinion and the Statement of Reasons, with the Addendum, to the official of the

Bureau of Prisons at the facility in which Defendant Allen is serving his sentence.  The Clerk is also directed to send copies of this Opinion to Defendant Allen and counsel of record.

IT IS THEREFORE SO ORDERED.

ENTER:   June 16, 2010

       FOR THE COURT:

                             s/  Jeanne E. Scott
                             JEANNE E. SCOTT
                     UNITED STATES DISTRICT JUDGE